# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160726

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JASON WARREN BRACKNEY,
      Defendant-Appellant.

_____/

SC: 160726
COA: 350791
Roscommon CC: 18-008042-FH

On order of the Court, the application for leave to appeal the October 31, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J. (*concurring*).

I concur in the Court's order denying defendant's application for leave to appeal. I write separately, however, to express that such denial is without prejudice to defendant's ability to file a motion for relief from judgment under MCR Subchapter 6.500 based on any claim relating to the issue of whether defendant was deprived of his Sixth Amendment right to the effective assistance of counsel when his trial attorney failed to file an interlocutory appeal of the trial court's order(s) denying defendant's motion to suppress evidence or negotiate a conditional plea, as well as the issue of whether appellate counsel was ineffective for not raising these issues on appeal.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2020

Clerk

a0513